# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STEVEN J. PARKER § Case No. 10-40490
§ Chapter 7
§ Hon. JACK B. SCHMETTERER
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/07/2011 in Courtroom 682, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk US Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN __ **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: STEVEN J. PARKER § Case No. 10-40490
§ Chapter 7
§ Hon. JACK B. SCHMETTERER
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $25,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $25,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | NONE | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $25,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,692.43 | $0.00 | $1,692.43 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $34.11 | $0.00 | $34.11 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $4,185.00 | $0.00 | $4,185.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST | $967.50 | $0.00 | $967.50 |
| *Accountant for Trustee, Expenses* | LOIS WEST | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges, U.S. Bankruptcy Court*

*Fees, United States Trustee*

    Other

    Total to be paid for chapter 7 administrative expenses:    $6,879.04
    Remaining balance:    $18,120.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses:    $0.00
    Remaining balance:    $18,120.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling   $0.00   must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $18,120.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,232.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, NA | $735.95 | $0.00 | $735.95 |
| 3 | American Infosource LP, agent for Citibank (South Dakota) NA | $507.10 | $0.00 | $507.10 |
| 4 | Commonwealth Edison Co. | $1,626.71 | $0.00 | $1,626.71 |
| 5 | Guardian Protective Service | $1,363.20 | $0.00 | $1,363.20 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $4,232.96 |
| Remaining balance: | $13,888.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $13,888.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $13,888.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of __0__ percent pursuant to 11 U.S.C. §726(a)(5). Funds available for interest are _____$4.76_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is _____$13,883.24_____.

Prepared By: ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 10-40490-JBS
Steven J. Parker                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina              Page 1 of 2             Date Rcvd: Mar 07, 2011
                              Form ID: pdf006            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2011.
db          +Steven J. Parker,    5932 North Newark,    Chicago, IL 60631-3106
aty         +Jeffrey Strange,    Jeffrey Strange & Associates,    717 Ridge Road,   Wilmette, IL 60091-2486
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16113560     Advanta Bank Corp,    Box 8088,   Baroda, MI 49101
16711405    +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
              CHICAGO, IL 60602-1332
16113562    +Chase,   Box 9001020,    Louisville, KY 40290-1020
16113564    +Chase Bank,    Box 78420,   Phoenix, AZ 85062-8420
16471860     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16113563    +Chase Card Services,    Box 15153,   Wilmington, DE 19886-5153
16113565    +City of Chicago,    121 North La Salle Street,    Room 170a,   Chicago, IL 60602-1202
16113566    +City of Chicago Dep of water,    Box 6330,    Chicago, IL 60680-6330
16113567    +City of Chicago Dept of law,    30 North La Salle Street,   Suite 700,   Chicago, IL 60602-2503
16113568    +City of Chicago Dept of law,    121 North La Salle, Suite 600,   Chicago, IL 60602-1244
16113569     Codilis & Associates,    15 W 030 North Frontage Road,    Suite 100,   Willowbrook, IL 60527
16113571     Cook County Treasurer,    Box 4488,   Carol Stream, IL 60197-4488
16113573     Covenant Bank,    111 South Homan Avenue,    Chicago, IL 60624
16113574    +Fifth Third Bank,    Box 740789,   Cincinnati, OH 45274-0789
16113575    +Fisher and Shapiro,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
16113577    +GMAC Mortgage,    Box 9001719,   Louisville, KY 40290-1719
16113578    +Greg Denenberg, M.D.,    4905 Old Orchard Center,    Skokie, IL 60077-1458
16113579    +Guardian Protection Service,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
16113580     Home Depot Credit Services,    Box 6530000,    Dallas, TX 75265
16113581    +Illinois College of Optometry,    3241 South Michigan,   Chicago, IL 60616-3878
16338440    +Illinois Department of Employment Security,     33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16113582    +Illinois Dept of Employment Se,    33 South State Street,    Chicago, IL 60603-2808
16113583    +Jeffrey Strange,    717 Ridge,   Wilmette, IL 60091-2486
16113584    +Musick Loss Management, Inc.,    3101 North Western Avenue,    Chicago, IL 60618-6409
16113585    +Noonan & Lieberman Ltd.,    105 W Adams,    Suite 3000,   Chicago, IL 60603-6228
16113587    +Northshore University Health,    23056 Network Place,    Chicago, IL 60673-1230
16113589     People's Gas,   Chicago, IL 60687-0001
16113590    +Pierce And Associates,    One North Dearborn, #1300,    Chicago, IL 60602-4373
16113591    +Select Portfolio Servicing,    Box 65450,    Salt Lake City, UT 84165-0450
16113592    +Thd/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
16113593    +USAA Savings Bank,    Po Box 47504,   San Antonio, TX 78265-7504
16113595    +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16113561     E-mail/Text: bkr@cardworks.com Mar 08 2011 10:45:52     Advanta Bank Corp.,   Box 8088,
              Philadelphia, PA 19101
16602129     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2011 10:50:13
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK 73124-8840
16113570    +E-mail/Text: legalcollections@comed.com Mar 08 2011 10:45:51     ComEd,   Box 6111,
              Carol Stream, IL 60197-6111
16627031    +E-mail/Text: legalcollections@comed.com Mar 08 2011 10:45:51     Commonwealth Edison Company,
              3 Lincoln Center,   Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16113576    +E-mail/Text: bankruptcysupport@flagstar.com Mar 08 2011 10:45:52     Flagstar Bank,
              5151 Corporate Drive,   Troy, MI 48098-2639
16113586    +E-mail/Text: bnc@nordstrom.com Mar 08 2011 10:45:51     Nordstrom FSB,   Po Box 6555,
              Englewood, CO 80155-6555
16113594    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 08 2011 10:50:23     Verizon Wireless,
              Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16113572*    +Cook County Treasurer,    Box 4488,   Carol Stream, IL 60197-4488
16113588*    +Steven J. Parker,    5932 North Newark,   Chicago, IL 60631-3106
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: nmolina              Page 2 of 2                Date Rcvd: Mar 07, 2011
                               Form ID: pdf006            Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2011**                    **Signature:**    _Joseph Speetjens_